IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEFFREY W. CAMPBELL,

        Plaintiff,

v.                                                            CV 14-496 JB/WPL

J. BACA, R. BLEA, M. ALFO,
R. KEATON, and T. SALINAS,

        Defendants.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

This matter is before me on Jeffrey Campbell's Motion to Amend Complaint. (Doc. 8.) Campbell's complaint comes under 42 U.S.C. § 1983. In his motion, Campbell requests to add certain defendants pursuant to Federal Rules of Civil Procedure 15(a) and 19(a). Rule 15(a) of the Federal Rules of Civil Procedure provides that "a party may amend its pleading once as a matter of course within 21 days after serving it." FED. R. CIV. P. 15(a)(1)(A). Campbell may amend his complaint as a matter of course and add the listed individual defendants.

Furthermore, in his original complaint, Campbell named the correctional facility and two business entities as defendants in his § 1983 action. Section 1983 provides relief against a "person," which, for these purposes, includes individuals but not, for example, a prison. *See, e.g.*, *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989); *Davis v. Bruce*, 129 F. App'x 406, 408 (10th Cir. 2005).

IT IS SO ORDERED.

                                                                           _____
                                                                           WILLIAM P. LYNCH
                                                                           UNITED STATES MAGISTRATE JUDGE